UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-8474-RMM

UNITED STATES OF AMERICA

vs.

RICARDO ANTONIO CHAG-GONZALES,

Defendant.
_____/

FILED BY ____SP____ D.C.

Oct 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _/s/ Shannon O'Shea Darsch_____
SHANNON O'SHEA DARSCH
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1027
E-mail: shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Ricardo Antonio Chag-Gonzales<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-mj-8474-RMM<br>)<br>)<br>) |

FILED BY _____SP_____ D.C.
Oct 17, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 14, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI TFO Andy Korzen
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P 4.1 by __Facetime__

Date: __10/17/22__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   Honorable Ryon M. McCabe, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ricardo Antonio CHAG-GONZALES, also known as Ricardo GONZALEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about October 14, 2022, Ricardo Antonio CHAG-GONZALES was arrested in Palm Beach County, Florida for the offenses of driving under the influence, unauthorized use/possession of forged/counterfeit/etc. driver's license, and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Ricardo Antonio CHAG-GONZALES is a native and citizen of Guatemala. Records further show that on or about

1

November 27, 2018, Ricardo Antonio CHAG-GONZALES was ordered removed. The Order of Removal was executed on or about December 4, 2018, whereby Ricardo Antonio CHAG-GONZALES was removed from the United States and returned to Guatemala.

5. Records further show that on or about November 28, 2018, in the United States District Court for Southern District of Texas, Ricardo Antonio CHAG-GONZALES was convicted of the offense of knowingly and unlawfully entering the United States illegally at a place other than as designated by the immigration officers, case number 18-po-18174.

6. Ricardo Antonio CHAG-GONZALES's fingerprints taken in connection with his October 14, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Ricardo Antonio CHAG-GONZALES.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Ricardo Antonio CHAG-GONZALES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ricardo Antonio CHAG-GONZALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 14, 2022, Ricardo Antonio CHAG-GONZALES, an alien who has

previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __17__ day of October 2022.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICARDO ANTONIO CHAG-GONZALES

**Case No:** _____

Count #: 1

Illegal re-entry after removal

8 U.S.C. § 1326(a)

**\* Max. Penalty:** 2 years' imprisonment; 1 year supervised release; $250,000 fine; $100 special assessment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.