UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80171-Cr-Cannon/Reinhart

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

RICARDO ANTONIO
CHAG-GONZALES,

Defendant.
_____/

FILED BY ____TM____ D.C.

Oct 27, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about October 14, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RICARDO ANTONIO CHAG-GONZALES,**

an alien, having previously been removed and deported from the United States on or about December 4, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO.:

v.

RICARDO ANTONIO CHAG-GONZALES        **CERTIFICATE OF TRIAL ATTORNEY***

_____/     **Superseding Case Information:**

**Court Division** (select one)          New Defendant(s) (Yes or No)
☐ Miami   ☐ Key West   ☐ FTP         Number of New Defendants
☐ FTL     ☑ WPB                       Total number of New Counts

I do hereby certify that:
1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) **Yes**
    List language and/or dialect: **Spanish**

4.  This case will take **2** days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                     (Check only one)
    I    ☑ 0 to 5 days                  ☐ Petty
    II   ☐ 6 to 10 days                 ☐ Minor
    III  ☐ 11 to 20 days                ☐ Misdemeanor
    IV   ☐ 21 to 60 days                ☑ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) **No**
    If yes, Judge                        Case No.
7.  Has a complaint been filed in this matter? (Yes or No) **Yes**
    If yes, Magistrate Case No. **22-mj-08474**
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
    If yes, Judge                        Case No.
9.  Defendant(s) in federal custody as of **10/17/2022**
10. Defendant(s) in state custody as of **10/14/2022**
11. Rule 20 from the                District of
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: *Shannon O'Shea Darsch*
Shannon O'Shea Darsch
Assistant United States Attorney
FLA Bar No.   68566

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RICARDO ANTONIO CHAG-GONZALES

**Case No:** _____

Count #: 1

   Illegal re-entry after removal

   8 U.S.C. § 1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.