UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80171-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RICARDO ANTONIO CHAG-GONZALES,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 18]. On December 13, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 16] during which Defendant pled guilty to Count One of the Indictment [ECF No. 10]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 10]. No party has filed objections to the Report [ECF No. 19], and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered by Defendant Ricardo Antonio Chag-Gonzales as to Count One of the Indictment is **ACCEPTED**.

CASE NO. 22-80171-CR-CANNON

3. Defendant Ricardo Antonio Chag-Gonzales is adjudicated guilty of Count One of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 3rd day of January 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record